FILED
August 26, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D21

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | David Miller | **Case No :** | 10-91807 - E - 7 |
| | | **Date :** | 8/25/10 |
| | | **Time :** | 10:00 |
| **Matter :** | [12] - Motion/Application for Relief from Stay [PPR-1] Filed by Creditor U.S. Bank, N.A. (Fee Paid $150) (mpem) [12] - Motion/Application for Adequate Protection [PPR-1] Filed by Creditor U.S. Bank, N.A. (mpem) | | |
| **Judge :** | Ronald H. Sargis | | |
| **Courtroom Deputy :** | Carlene Walker | | |
| **Reporter :** | NOT RECORDED | | |
| **Department :** | E | | |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

CIVIL MINUTE ORDER

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Motion for Relief From the Automatic Stay filed by the creditor having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

IT IS ORDERED that the Motion for Relief From the Automatic Stay filed by U.S. Bank, N.A. is denied without prejudice.

Dated: August 26, 2010

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court