FORM L51 Final Decree (v.7.06)          10-91807 - E - 7



UNITED STATES BANKRUPTCY COURT
Eastern District of California

1200 I Street, Suite 4
Modesto, CA 95354

(209) 521-5160
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**9/10/10**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

auto

# FINAL DECREE

Case Number:    10-91807 - E - 7

Debtor Name(s), Social Security Number(s), and Address(es):

David Miller
xxx-xx-3196

21599 Paseo De Los Portales Rd
Sonora, CA 95370

Trustee:      Michael D. McGranahan
PO Box 5018
Modesto, CA 95352

Telephone Number:    (209) 524-1782

Office of the United States Trustee:

For cases in the Sacramento Division and Modesto Division:    501 I Street, Room 7-500, Sacramento, CA 95814
For cases in the Fresno Division:    2500 Tulare Street, Suite 1401, Fresno, CA 93721

It appearing to the court that the Trustee in the above-entitled case has completed administration of this estate,

**IT IS ORDERED** that the estate is hereby closed, that the trustee is hereby discharged, and that the trustee's bond is hereby released from further liability, except any liability which may have accrued during the time such bond was in effect for the estate of this case.

Dated:
9/10/10

For the Court,
Wayne Blackwelder , Clerk